UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LISA ANITA KLINE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE NORTHWESTERN MUTUAL LIFE INS. CO., a Wisconsin corporation,<br><br>Defendant. | NO. 2:26-cv-01506-RSL<br><br>STIPULATION AND AGREED ORDER TO EXTEND DEADLINES<br><br>***Clerk's Action Required*** |

## I. STIPULATION

The parties, through their respective counsel, jointly stipulate and respectfully move the Court for an extension of the attorney conference and the dispositive briefing deadlines due to the pending ruling on Plaintiff's motion for limited discovery.

On July 7, 2026, the Court entered its Order Setting Trial Date and Related Dates. ECF No. 12. The attorney conference deadline is October 18, 2026, dispositive FRCP 52 motions by November 6, 2026, and response briefs by December 2, 2026. *Id.* Trial is set for March 1, 2027. *Id.*

On August 6, 2026, Plaintiff filed a Motion for Limited Discovery set to be heard on August 27, 2026. ECF No. 13. Defendant opposed the motion. ECF No. 15. The ruling is still pending before the Court.



**WESTERN WASHINGTON LAW GROUP, PLLC**
10485 NE 6th ST #2620
BELLEVUE, WA 98004
(425) 728-7296 docs@westwalaw.com

On September 29, 2026, Defendant's counsel filed a notice of unavailability from October 11, 2026, through October 25, 2026. ECF No. 23.

Plaintiff's counsel and Defendant's counsel met, conferred, and agreed on different deadlines for the attorney conference and dispositive motions that are mutually agreeable.

The Parties respectfully submit that good cause exists to enter the mutually agreed deadlines for attorney conference and dispositive motions for purposes of efficiency and economy.

**IT IS HEREBY STIPULATED AND AGREED** that the deadlines in the Order should be extended and replaced by the mutually agreed deadlines set forth based on the assumption the Parties will be getting an order in time to complete any discovery if granted:

1. As to the attorney conference, the deadline is amended from October 18, 2026, to October 30, 2026;

2. As to the deadline to file dispositive FRCP 52 motions for judgment on the administrative record and any FRCP 56 motion for summary judgment, the date is amended from November 6, 2026, to January 15, 2027;

3. As to the deadline to file response briefs, the date is amended from December 2, 2026, to February 10, 2027.

## II. AGREED ORDER

This matter came before the Court upon the foregoing stipulation. The Court reviewed the stipulation, finds the parties have freely and voluntarily signed the stipulation and hereby adopts it. The Order at ECF No. 12 is hereby amended as follows:



**WESTERN WASHINGTON LAW GROUP, PLLC**
10485 NE 6th ST #2620
BELLEVUE, WA 98004
(425) 728-7296 docs@westwalaw.com

1. As to the attorney conference, the deadline is amended from October 18, 2026, to October 30, 2026;

2. As to the deadline to file dispositive FRCP 52 motions for judgment on the administrative record and any FRCP 56 motion for summary judgment, the date is amended from November 6, 2026, to January 15, 2027;

3. As to the deadline to file response briefs, the date is amended from December 2, 2026, to February 10, 2027.

Except as modified by this Agreed Order, the Order at ECF No. 12 remains unchanged and remains in full force and effect. This Agreed Order does not affect the parties' other rights and remedies.

DONE AND ORDERED this 16th day of October 2026.

Agreed to, notice of presentment waived.

**WESTERN WASHINGTON LAW GROUP PLLC**

*/s/ Dennis McGlothin*
Dennis McGlothin
10485 NE 6th St., #2620
Seattle, WA 98004
(425) 728-7296
docs@westwalaw.com
*Attorney for Plaintiff*

**JENSEN MORSE BAKER PLLC**

*/s/ Sarah Swale*
Sarah E. Swale, WSBA No. 29626
520 Pike St., Suite 2375
Seattle, WA 98101
(206) 682-1550
Email: Sarah.Swale@jmblawyers.com
*Attorney for Defendant*

IT IS SO ORDERED: October 19, 2026.

HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE



**WESTERN WASHINGTON LAW GROUP, PLLC**
10485 NE 6th ST #2620
BELLEVUE, WA 98004
(425) 728-7296 docs@westwalaw.com